```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 08 B 31592
   CHARLES M TRULIS
   ANTOINETTE A TRULIS                              CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2795    SSN XXX-XX-8068

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/19/2008 and was not confirmed.

    The case was dismissed without confirmation 12/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK          MORTGAGE NOTI NOT FILED          .00           .00
WELLS FARGO BANK MINNESO  CURRENT MORTG      .00           .00           .00
WELLS FARGO BANK MINNESO  SECURED NOT I  50771.61          .00           .00
PRO SE DEBTOR             DEBTOR ATTY        .00                         .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                        .00
SECURED                                                         .00
UNSECURED                                                       .00
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                   .00
                                ---------------     ---------------
TOTALS                                  .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                  /s/ Tom Vaughn
    Dated: 03/05/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```